## Timothy O'Brien and Nellie O'Brien, Appellees, v. Michael E. Quirk, Appellant.

### Gen. No. 22,789.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. F. J. CAMPBELL, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed March 26, 1917.

### Statement of the Case.

Action by Timothy O'Brien and Nellie O'Brien, plaintiffs, against Michael E. Quirk, defendant, to recover money paid on a certain contract of sale of real estate and for money loaned. From a judgment for plaintiffs for $941, defendant appeals.

GEORGE H. SUGRUE, for appellant.

RYAN & LEWIS, for appellees.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. JUDGMENT, § 206*—*when not inconsistent with finding.* In an action to recover money paid on a contract and for money loaned, where the court stated in an informal talk that the court thought "plaintiff ought to have his money back," and the record stated: "The court finds the issues against the defendant and assesses the plaintiffs' damages at the sum of," etc., and the order of judgment was: "That the plaintiffs have judgment on the finding herein and that the plaintiffs have and recover of and from the defendant the damages of the plaintiffs," *held* that such informal statement was not the formal finding of the court, and that the judgment and finding were consistent.

2. VENDOR AND PURCHASER, § 327*—*when purchaser entitled to recover payments.* Where the vendor of real estate refuses to make a deed or comply with his undertaking, the purchaser is entitled to recover whatever money he may have paid.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.